United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30991
_____

CONCERNED CITIZENS COALITION,

Plaintiff - Appellant,

v.

FEDERAL HIGHWAY ADMINISTRATION,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
6:04-CV-329
_____

Before WIENER, DeMOSS and PRADO, Circuit Judges.

PER CURIAM:*

    After considering the record, the parties' briefs, and oral argument, we affirm the judgment of the district court for essentially the reasons stated in its thorough opinion.

AFFIRMED.

_____

    *Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

1